**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **DaLisa Lynette Bennett** <br> First Name  Middle Name  Last Name | Social Security number or ITIN   xxx–xx–4340 <br> EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Northern District of Georgia** <br> Court website: www.ganb.uscourts.gov | | Date case filed for chapter  **7**   **10/25/23** |
| Case number:  **23–60533–sms** | | |

Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline   10/20

For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  https://pacer.uscourts.gov . Copy fees or access charges may apply. A free automated response system is available at 866–222–8029 (Georgia Northern). You must have case number, debtor name, or SSN when calling.

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | About Debtor 1: | About Debtor 2: |
|---|---|---|
| **1. Debtor's full name** | DaLisa Lynette Bennett | |
| **2. All other names used in the last 8 years** | | |
| **3. Address** | 680 Josh Ln <br> Lawrenceville, GA 30045 | |
| **4. Debtor's attorney** <br> Name and address | Brandon K. Honsalek <br> Debt Freedom GA LLC <br> 414 Pine Grove Avenue <br> Grayson, GA 30017 <br><br> Contact phone 404–913–6992 <br> Email:  Brandon@honsalek.com | |
| **5. Bankruptcy trustee** <br> Name and address | Jordan E. Lubin <br> Lubin Law, P.C. <br> Building 2 <br> 8325 Dunwoody Place <br> Atlanta, GA 30350–3307 | Contact phone (770) 424–8281 |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page **1**

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | Vania S. Allen<br>Clerk of Court<br><br>1340 United States Courthouse<br>75 Ted Turner Drive SW<br>Atlanta, GA 30303 | Office Hours: 8:00 a.m. – 4:00 p.m.<br><br>Court website: www.ganb.uscourts.gov<br><br>Contact phone 404–215–1000 |
| **7.** | **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Bring a copy of this notice with you. Creditors may attend, but are not required to do so. Cellular phones and other devices with cameras are not allowed in the building. | **November 21, 2023 at 12:30 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>TO THE DEBTOR: Bring an original government issued photo ID and confirmation of social security number. Provide the Trustee a copy of your most recently filed tax return seven days prior to the meeting, but DO NOT FILE WITH THE COURT. | Location:<br>**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 564 472 8521, and Passcode 4570665790, OR call 1 (470) 924–1904**<br><br>For additional meeting information go to https://www.justice.gov/ust/moc |
| **8.** | **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 1/22/24** |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                                page **2**

United States Bankruptcy Court

Northern District of Georgia

In re: | Case No. 23-60533-sms
DaLisa Lynette Bennett | Chapter 7
Debtor

# CERTIFICATE OF NOTICE

District/off: 113E-9     User: bncadmin     Page 1 of 3
Date Rcvd: Oct 26, 2023     Form ID: 309a     Total Noticed: 37

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 28, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | DaLisa Lynette Bennett, 680 Josh Ln, Lawrenceville, GA 30045-3150 |
| 24498331 | | AGA LLC, PO Box 537019, Atlanta, GA 30353-7019 |
| 24498332 | + | AGA Professional Services, P O Box 935657, Atlanta, GA 31193-5657 |
| 24498342 | | Eye Consultants of Atlanta, 3225 Cumberland Blvd SE, Suite 900, Atlanta, GA 30339-5971 |
| 24498344 | # | Gwinnett Endoscopy Center, PO Box 745134, Atlanta, GA 30374-5134 |
| 24498349 | | Northside Hospital, PO Box 100060, Atlanta, GA 30348-0060 |
| 24498354 | | Receivable Management Services LLC, Creditor: Progressive Choice Insurance, PO Box 1954, Southgate, MI 48195-0954 |
| 24498355 | | Surgical Specialists of Atlanta, PO Box 650292, Dallas, TX 75265-0292 |
| 24498362 | + | Yamasa Co LTD Syndicate-1, PO Box 451027, Atlanta, GA 31145-9027 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: Brandon@honsalek.com | Oct 26 2023 20:35:00 | Brandon K. Honsalek, Debt Freedom GA LLC, 414 Pine Grove Avenue, Grayson, GA 30017 |
| tr | | EDI: FJELUBIN | Oct 27 2023 00:19:00 | Jordan E. Lubin, Lubin Law, P.C., Building 2, 8325 Dunwoody Place, Atlanta, GA 30350-3307 |
| ust | + | Email/Text: ustpregion21.at.ecf@usdoj.gov | Oct 26 2023 20:37:00 | Office of the United States Trustee, 362 Richard Russell Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3315 |
| 24498326 | + | Email/Text: backoffice@affirm.com | Oct 26 2023 20:38:00 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 24498333 | | EDI: BANKAMER.COM | Oct 27 2023 00:19:00 | Bank of America, PO Box 982234, El Paso, TX 79998-2234 |
| 24498334 | + | Email/Text: rm-bknotices@bridgecrest.com | Oct 26 2023 20:37:00 | Bridgecrest Acceptance Corp, 7300 East Hampton Avenue, Suite 100, Mesa, AZ 85209-3324 |
| 24498337 | | EDI: CCS.COM | Oct 27 2023 00:20:00 | CCS, Creditor: Geico Indemnity Company, PO Box 607, Norwood, MA 02062-0607 |
| 24498335 | + | EDI: CAPITALONE.COM | Oct 27 2023 00:19:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 24498336 | + | Email/Text: Michelle.Dove@cbacollects.com | Oct 26 2023 20:38:00 | Cba Tifton, Attn: Bankruptcy, 321 Main St S, Tifton, GA 31794-4897 |
| 24498338 | | EDI: CCS.COM | Oct 27 2023 00:20:00 | Credit Collection Services, Creditor: Labcorp, PO Box 337, Norwood, MA 02062-0337 |
| 24498339 | + | EDI: CMIGROUP.COM | Oct 27 2023 00:19:00 | Credit Management, LP, Attn: Bankruptcy, 6080 Tennyson Parkway, Suite 100, Plano, TX 75024-6002 |
| 24498340 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 26 2023 20:33:17 | Credit One Bank, P O Box 98873, Las Vegas, NV |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 89193-8873 |
| 24498341 | + | Email/Text: electronicbkydocs@nelnet.net | Oct 26 2023 20:37:00 | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 24498343 | | EDI: GADEPTOFREV.COM | Oct 27 2023 00:20:00 | Georgia Department of Revenue, Compliance Division, ARCS-Bankruptcy, 1800 Century Boulevard NE Suite 9100, Atlanta, GA 30345 |
| 24498350 | | Email/Text: AdminServices@holliscobb.com | Oct 26 2023 20:35:32 | Patient Accounts Bureau, Creditor: AGA Professional Services, PO Box 279, Norcross, GA 30091-0279 |
| 24498345 | + | EDI: IRS.COM | Oct 27 2023 00:20:00 | Internal Revenue Service, P O Box 7346, Philadelphia, PA 19101-7346 |
| 24498346 | | Email/Text: govtaudits@labcorp.com | Oct 26 2023 20:36:00 | Laboratory Corp America, PO Box 2240, Burlington, NC 27216-2240 |
| 24498348 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 26 2023 20:45:04 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 24498351 | | EDI: PRA.COM | Oct 27 2023 00:20:00 | Portfolio Recovery Associates, Disputes Department, 140 Corporate Blvd, Norfolk, VA 23502 |
| 24498352 | | EDI: PRA.COM | Oct 27 2023 00:20:00 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 24498353 | | Email/Text: Triage_Bankruptcy_Notices@progressive.com | Oct 26 2023 20:36:00 | Progressive, Dept 0561, Carol Stream, IL 60132-0561 |
| 24498356 | + | Email/Text: bankruptcydepartment@tsico.com | Oct 26 2023 20:37:00 | Transworld Systems Inc, Creditor: Truist Bank, 500 Virginia Dr., Suite 514, Fort Washington, PA 19034-2733 |
| 24498357 | + | Email/Text: USAGAN.Bankruptcy@usdoj.gov | Oct 26 2023 20:37:00 | United States Attorney, 600 Richard B. Russell Building, 75 Ted Turner Drive, S.W., Atlanta, GA 30303-3315 |
| 24498358 | + | EDI: WFFC2 | Oct 27 2023 00:20:00 | Wells Fargo, P O Box 14517, Des Moines, IA 50306-3517 |
| 24498359 | + | EDI: WFFC2 | Oct 27 2023 00:20:00 | Wells Fargo Dealer Services, Attn: Bankruptcy, 1100 Corporate Center Drive, Raleigh, NC 27607-5066 |
| 24498360 | + | Email/Text: bk@worldacceptance.com | Oct 26 2023 20:37:46 | World Acceptance Corp, Attn: Bankruptcy, 104 S Main St, Greenville, SC 29601-2711 |
| 24498361 | | Email/Text: bk@worldacceptance.com | Oct 26 2023 20:37:10 | World FInance, P O Box 6429, Greenville, SC 29606-6429 |
| 24498363 | + | Email/Text: bknotices@progressresidential.com | Oct 26 2023 20:38:00 | Yamasa Co LTD Progress Residential, 7500 N Dobson RD. Ste 300;, Scottsdale, AZ 85256-2727 |

TOTAL: 28

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 24498329 | *+ | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 24498330 | *+ | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 24498327 | *+ | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 24498328 | *+ | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 24498347 | * | Laboratory Corp America, PO Box 2240, Burlington, NC 27216-2240 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

| | | |
|---|---|---|
| District/off: 113E-9 | User: bncadmin | Page 3 of 3 |
| Date Rcvd: Oct 26, 2023 | Form ID: 309a | Total Noticed: 37 |

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2023     Signature:     /s/Gustava Winters